UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 25-6075 (JTQ) |
| | : | |
| JOHN T. CURLEY | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States (Alexander E. Ramey, Assistant United States Attorney, appearing) for an order, pursuant to Title 18, United States Code, Sections 3142(f)(1)(E) and 3142(f)(2)(B) to detain the defendant in the above-entitled matter; and the defendant, John T. Curley (through counsel Michael Chazen, Esq.), having opposed the motion and sought conditions of release; the Court having held a detention hearing pursuant to Section 3142(f) at which the parties appeared, represented by counsel, and presented arguments; the Court having considered the charges in the Criminal Complaint, the report and recommendation of United States Pretrial Services, the arguments of the parties, the Government's proffer of evidence, and the defendant's proffer and proposed bail package; for the reasons stated on the record and for good cause shown:

THE COURT FINDS:

That, based on the nature and circumstances of the child pornography offense charged; the weight of the proffered evidence; the defendant's history,

1

characteristics; and the nature and seriousness of the danger to any person and to the community, particularly minors referenced in the defendant's own alleged statements; no condition or combination of conditions will reasonably assure the safety of any other person and the community.

IT IS, therefore, on this 23rd day of October, 2025,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, John T. Curley, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek to reopen the matter of detention pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE